IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L SARGENT, DANNY F. ATTERBURY,<br><br>        Plaintiffs,<br><br>  v.<br><br>PAUL SIMONETA, et al.,<br><br>        Defendants.<br>                                                          / | No. C 10-01264 SI<br><br>**ORDER TRANSFERRING VENUE** |

Plaintiffs have filed a request to transfer this case to the United States District Court for the Eastern District of California. Plaintiffs' claims are asserted against various officials of Shasta County, California, and arise from events that occurred within Shasta County. As Shasta County is located within the Eastern District of California, the Court finds that transfer of this action is appropriate.

This action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. Any amended pleadings should be filed after assignment of this action to a judge of the Eastern District.

**IT IS SO ORDERED.**

Dated: June 4, 2010

SUSAN ILLSTON
United States District Judge