UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY L. SARGENT, et al.,

        Plaintiffs,

    v.

PAUL SIMONETA, et al.,

        Defendants.

          NO. CIV. S-10-1420 LKK/CMK

**O R D E R**

Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

////

1

1    IT IS ORDERED that any hearing dates currently set before the
2 undersigned are **VACATED.**
3    IT IS FURTHER ORDERED that the Clerk of the Court reassign
4 this case to the Honorable Craig M. Kellison, United States
5 Magistrate Judge.  All future documents filed in the above-
6 captioned case shall reference the following case number: No. Civ.
7 S-10-1420 CMK.
8    DATED:  July 23, 2010
9                             /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
10                            SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
11
12    Having also reviewed the file, I accept reference of this case
13 for all further proceedings and entry of final judgment.
14
15  DATED:  July 22, 2010
16
17                            _____
                              **CRAIG M. KELLISON**
18                            UNITED STATES MAGISTRATE JUDGE

2