# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. SARGENT, et al., | No. CIV S-10-1420-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| PAUL SIMONETA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs, who are proceeding pro se, bring this civil action. A scheduling conference was held on October 28, 2010, at 10:00 a.m. before the undersigned in Redding, California. Gary Brickwood, Esq., appeared for defendants. Plaintiffs failed to appear or file a scheduling conference statement. In light of plaintiffs' failure to prosecute, the matter is hereby set for hearing on December 1, 2010, at 10:00 a.m. before the undersigned in Redding, California, at which time plaintiffs shall appear and show cause why this action should not be dismissed.

IT IS SO ORDERED.

DATED: October 29, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1